COMMONWEALTH of Pennsylvania,
Respondent

v.

Brian M. LINGAFELT, Petitioner

No. 305 WAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael FELICIANO, Petitioner

No. 509 MAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Douglas Nelson HAINES, Petitioner

No. 300 WAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.